IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIELDTURF UNITED STATES OF AMERICA, and FIELDTURF (IP), | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV260 |
| v. | ) ) ) | |
| EDEL INTERNATIONAL B.V., and EDEL GRASS UNITED STATES OF AMERICA, | ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) ) | |

The matter before the court is the plaintiffs' notice of dismissal without prejudice. Filing No. 19. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 25th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge